# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LLC, BORRACCI CONCRETE | § | Case No. 10-18104 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/BRADLEY J. WALLER_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case 10-18104   Doc 32   Filed 08/21/12   Entered 08/21/12 16:12:36   Desc Main
Document      Page 3 of 15

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

Case No:        10-18104     BB    Judge: BRUCE W. BLACK                        Trustee Name:                  BRADLEY J. WALLER
Case Name:      LLC, BORRACCI CONCRETE                                          Date Filed (f) or Converted (c):   04/23/10 (f)
                                                                                341(a) Meeting Date:           06/14/10
For Period Ending: 07/20/12                                                     Claims Bar Date:               01/31/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank of Shorewood Checking | 126.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Walsh Construction- apx. value, subcontractors m | 10,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. FH Paschen- apx. value, subcontractors may have | 4,800.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. 1993 Ford 250 (fire damaged) | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. 1999 GMC C6500 Truck | 6,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. 1990 Isuzu NPR (does not run) | 100.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. 2007 Tilt Tandem trailer | 750.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. Desk, chair, bookcase and misc. furniture. | 800.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9. Dell Laptop | 300.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10. 1986 Ford LTS 8000 Dump Truck | 1,500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11. 1999 Ford F250 Superduty | 750.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12. Misc. Tools | 500.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13. John Deere 325 Skid Steer Loader and Maclander 1 | 10,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

Case 10-18104  Doc 32  Filed 08/21/12  Entered 08/21/12 16:12:36  Desc Main
Document  Page 4 of 15

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

Case No: 10-18104  BB  Judge: BRUCE W. BLACK  
Case Name: LLC, BORRACCI CONCRETE

Trustee Name: BRADLEY J. WALLER  
Date Filed (f) or Converted (c): 04/23/10 (f)  
341(a) Meeting Date: 06/14/10  
Claims Bar Date: 01/31/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. John Deere 325 Compact Track Loader and Intersta | 12,000.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 15. Kent Hydraulic Breaker KF4SP | 800.00 | 0.00 | DA | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 16. Accounts Receivable (u) | 0.00 | 10,697.00 | | 10,697.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.88 | FA |

TOTALS (Excluding Unknown Values)  $48,526.00  $10,697.00  $10,697.88  

Gross Value of Remaining Assets  $0.00  
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 06/30/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-18104 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | LLC, BORRACCI CONCRETE | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******5365  Money Market Account |
| Taxpayer ID No: | *******8480 | | |
| For Period Ending: | 07/20/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/14/10 | 16 | Near North Ntional Title LLC<br>222 N. LaSalle Street<br>Chicago, IL  60601 | Accounts Receivable<br>DEPOSIT CHECK #252337 | 1221-000 | 10,697.00 | | 10,697.00 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 10,697.04 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,697.12 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 10,697.21 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 10,697.30 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,697.38 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 10,697.47 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,697.55 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 10,697.64 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,697.72 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 10,697.81 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 20.52 | 10,677.29 |
| 08/24/11 | INT | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.07 | | 10,677.36 |
| 08/24/11 | | To Acct #*******5366 | | 9999-000 | | 10,677.36 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,697.88 | 10,697.88 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 10,677.36 | |
| Subtotal | 10,697.88 | 20.52 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 10,697.88 | 20.52 | |

Page Subtotals         10,697.88         10,697.88

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 16.06d

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 10-18104 -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | LLC, BORRACCI CONCRETE | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******5366  Checking Account |
| Taxpayer ID No: | *******8480 | | | |
| For Period Ending: | 07/20/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/24/11 | | From Acct #*******5365 | | 9999-000 | 10,677.36 | | 10,677.36 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,652.36 |
| 09/14/11 | 000101 | Illinois Department of Revenue | 2010 Taxes | 2810-000 | | 129.00 | 10,523.36 |
| | | P.O. Box 19032 | | | | | |
| | | Springfield, IL  62794-9032 | | | | | |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,498.36 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,473.36 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,448.36 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,423.36 |
| 01/26/12 | | Transfer to Acct #*******3150 | Bank Funds Transfer | 9999-000 | | 10,423.36 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 10,677.36 | 10,677.36 | 0.00 |
| Less:  Bank Transfers/CD's | 10,677.36 | 10,423.36 | |
| Subtotal | 0.00 | 254.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 254.00 | |

Page Subtotals  10,677.36  10,677.36

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 10-18104 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | LLC, BORRACCI CONCRETE | Bank Name: | Congressional Bank |
|  |  | Account Number / CD #: | *******3150  Checking Account |
| Taxpayer ID No: | *******8480 |  |  |
| For Period Ending: | 07/20/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/26/12 |  | Transfer from Acct #*******5366 | Bank Funds Transfer | 9999-000 | 10,423.36 |  | 10,423.36 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 10,423.36 | 0.00 | 10,423.36 |
| Less: Bank Transfers/CD's | 10,423.36 | 0.00 |  |
| Subtotal | 0.00 | 0.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 0.00 | 0.00 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Money Market Account - ********5365 | 10,697.88 | 20.52 | 0.00 |
| Checking Account - ********5366 | 0.00 | 254.00 | 0.00 |
| Checking Account - ********3150 | 0.00 | 0.00 | 10,423.36 |
|  | 10,697.88 | 274.52 | 10,423.36 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    10,423.36    0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 16.06d

| Page 1 | | *<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 20, 2012 |
|---|---|---|---|---|---|---|

Case Number: 10-18104  
Debtor Name: LLC, BORRACCI CONCRETE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200<br>2700-00 | US Bankruptcy Clerk<br>219 S. Dearborn<br>Chicago, IL 60604 | Administrative | | $260.00 | $0.00 | $260.00 |
| 200<br>2200-00 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Administrative | | $131.50 | $0.00 | $131.50 |
| 200<br>3410-00 | LEE G. SCHWENDNER, CPA<br>DiGiovine, Hnilo, Jordan & Joh<br>2570 Foxfield Road, Suite 301<br>St. Charles, IL 60174 | Administrative | | $963.75 | $0.00 | $963.75 |
| 001<br>2100-00 | BRADLEY J. WALLER<br>KLEIN STODDARD BUCK WALLER & LEWIS<br>2045 ABERDEEN COURT<br>SYCAMORE, IL 60178 | Administrative | | $1,819.79 | $0.00 | $1,819.79 |
| 001<br>3420-00 | LEE G. SCHWENDNER, CPA<br>DiGiovine, Hnilo, Jordan & Joh<br>2570 Foxfield Road, Suite 301<br>St. Charles, IL 60174 | Administrative | | $963.75 | $0.00 | $963.75 |
| 1P<br>520<br>5400-00 | Operating Engineers Local 150<br>Apprenticeship Fund<br>Baum Sigman Auerbach & Neuman, c/o Patri<br>200 W. Adams Street, Suite 2200<br>Chicago, IL 60606 | Priority | | $392.15 | $0.00 | $392.15 |
| 2<br>520<br>5400-00 | Construction Industry Research & Service Fund<br>Baum Sigman Auerbach & Neuman, c/o Patri<br>200 W. Adams Street, Suite 2200<br>Chicago, IL 60606 | Priority | | $95.48 | $0.00 | $95.48 |
| 3P<br>520<br>5400-00 | Midwest Operating Engineers Pension Trust Fund<br>Baum Sigman Auerbach & Neuman, c/o Patri<br>200 W. Adams Street, Suite 2200<br>Chicago, IL 60606 | Priority | | $2,404.05 | $0.00 | $2,404.05 |
| 4P<br>520<br>5400-00 | Midwest Operating Engineers Retirement Enhancement<br>Baum Sigman Auerbach & Neuman, c/o Patri<br>200 W. Adams Street, Suite 2200<br>Chicago, IL 60606 | Priority | | $341.00 | $0.00 | $341.00 |

| Page 2 | | ANALYSIS OF CLAIMS REGISTER * | | | Date: July 20, 2012 |
|---|---|---|---|---|---|

Case Number: 10-18104
Debtor Name: LLC, BORRACCI CONCRETE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5P 520 5400-00 | Local 150, I.U.O.E. Vacation Savings Plan<br>Baum Sigman Auerbach & Neuman, c/o Patri<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606 | Priority | | $647.90 | $0.00 | $647.90 |
| 6P 520 5400-00 | Midwest Operating Engineers Welfare Fund<br>Baum Sigman Auerbach & Neuman, c/o Patri<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606 | Priority | | $3,989.70 | $0.00 | $3,989.70 |
| 18 570 5800-00 | Department of Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA  19101-7346 | Priority | | $42,866.03 | $0.00 | $42,866.03 |
| 19P 520 5400-00 | Central Laborers' Pension<br>Welfare and Annuity Funds<br>c/o Richard A Toth,20 S Clark St Ste 400 | Priority | | $0.00 | $0.00 | $0.00 |
| 19P-2 520 5400-00 | Central Laborers' Pension<br>Welfare and Annuity Funds<br>c/o Richard A Toth,20 S Clark St Ste 400 | Priority | | $5,780.81 | $0.00 | $5,780.81 |
| 21P 570 5800-00 | Illinois Department of Revenue<br>James D. Newbold<br>Assitant Attorney General<br>100 W. Randolph Street<br>Chicago, IL 60601 | Priority | | $474.51 | $0.00 | $474.51 |
| 1U 610 7100-00 | Operating Engineers Local 150 Apprenticeship Fund<br>Baum Sigman Auerbach & Neuman, c/o Patri<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606 | Unsecured | | $39.22 | $0.00 | $39.22 |
| 3U 610 7100-00 | Midwest Operating Engineers Pension Trust Fund<br>Baum Sigman Auerbach & Neuman, c/o Patri<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606 | Unsecured | | $240.41 | $0.00 | $240.41 |
| 4U 610 7100-00 | Midwest Operating Engineers Retirement Enhancement<br>Baum Sigman Auerbach & Neuman, c/o Patri<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606 | Unsecured | | $34.10 | $0.00 | $34.10 |

| Page 3 | | | * ANALYSIS OF CLAIMS REGISTER | | | Date: July 20, 2012 |
|---|---|---|---|---|---|---|

Case Number: 10-18104　　Claim Class Sequence
Debtor Name: LLC, BORRACCI CONCRETE

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 5U 610 7100-00 | Local 150, I.U.O.E. Vacation Savings Plan<br>Baum Sigman Auerbach & Neuman, c/o Patri<br>200 W. Adams Street, Suite 2200<br>Chicago, IL 60606 | Unsecured | | $64.79 | $0.00 | $64.79 |
| 6U 610 7100-00 | Midwest Operating Engineers Welfare Fund<br>Baum Sigman Auerbach & Neuman, c/o Patri<br>200 W. Adams Street, Suite 2200<br>Chicago, IL 60606 | Unsecured | | $398.97 | $0.00 | $398.97 |
| 7 610 7100-00 | Paychex, Inc<br>1175 John St<br>West Henrietta, NY 14586 | Unsecured | | $232.50 | $0.00 | $232.50 |
| 10 610 7100-00 | Ozinga Ready Mix Concrete Inc<br>c/o Raphael E Yalden II<br>Yalden Olsen & Willette,1318 E State St<br>Rockford, IL 61104-2228 | Unsecured | | $86,145.77 | $0.00 | $86,145.77 |
| 11 610 7100-00 | Double M. Trucking<br>PO BOX 158<br>Peru, IL 61354 | Unsecured | | $270.00 | $0.00 | $270.00 |
| 12 610 7100-00 | International Union of Operating Engineers, Local 150<br>c/o Elizabeth A LaRose,6140 Joliet Rd<br>Countryside, IL 60525 | Unsecured | | $462.40 | $0.00 | $462.40 |
| 14 610 7100-00 | Yaroch Paving & Asphalt<br>2920 Maxwell Rd.<br>Owendale, MI 48754 | Unsecured | | $10,692.50 | $0.00 | $10,692.50 |
| 15 610 7100-00 | Cobra Concrete Cutting<br>2416 E. Oakton<br>Arlington Heights, IL 60005 | Unsecured | | $1,898.75 | $0.00 | $1,898.75 |
| 16 610 7100-00 | William Construction Inc.<br>Willmar Construction Inc<br>1129 W. Third St.<br>Davenport, IA 52802 | Unsecured | | $2,587.50 | $0.00 | $2,587.50 |
| 17 610 7100-00 | Builders Sand and Cement Co.<br>3636 W. River Drive<br>Davenport, IA 52802 | Unsecured | | $25,743.95 | $0.00 | $25,743.95 |
| 19U 610 7100-00 | Central Laborers' Pension Welfare and Annuity Funds<br>c/o Richard A Toth,20 S Clark St Ste 400 | Unsecured | | $0.00 | $0.00 | $0.00 |

| Page 4 | | | * ANALYSIS OF CLAIMS REGISTER | | | Date: July 20, 2012 |
|---|---|---|---|---|---|---|

Case Number:   10-18104
Debtor Name:   LLC, BORRACCI CONCRETE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 19U-2 610 7100-00 | Central Laborers' Pension Welfare and Annuity Funds c/o Richard A Toth,20 S Clark St Ste 400 | Unsecured | | $37,090.01 | $0.00 | $37,090.01 |
| 20 610 7100-00 | H J Mohr & Sons C/O Manetti & Griffith, Ltd. 4112 N. Cass Avenue Westmont, IL  60559 | Unsecured | | $26,738.22 | $0.00 | $26,738.22 |
| 13P 040 5200-00 | Haltz Construction 415 Belden Avenue, Unit A Addison, IL  60101-4933 | Unsecured | | $21,500.00 | $0.00 | $21,500.00 |
| 13U 070 7100-00 | Haltz Construction 415 Belden Avenue, Unit A Addison, IL  60101-4933 | Unsecured | | $18,427.00 | $0.00 | $18,427.00 |
| 21U 040 5800-00 | Illinois Department of Revenue James D. Newbold Assistant Attorney General 100 W. Randolph Chicago, IL  60601 | Unsecured | | $84.96 | $0.00 | $84.96 |
| 8 050 4210-00 | Deere & Company PO Box 6600 Johnston, IA  50131 | Secured | | $0.00 | $0.00 | $0.00 |
| 9 050 4210-00 | Deere & Company PO Box 6600 Johnston, IA  50131 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $293,781.47 | $0.00 | $293,781.47 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-18104
Case Name: LLC, BORRACCI CONCRETE
Trustee Name: BRADLEY J. WALLER

       Balance on hand        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ | $ | $ |
| Trustee Expenses: BRADLEY J. WALLER | $ | $ | $ |
| Accountant for Trustee Fees: LEE G. SCHWENDNER, CPA | $ | $ | $ |
| Charges: US Bankruptcy Clerk | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Operating Engineers Local 150 Apprenticeship Fund | $ | $ | $ |
| 2 | Construction Industry Research & Service Fund | $ | $ | $ |
| 3P | Midwest Operating Engineers Pension Trust Fund | $ | $ | $ |
| 4P | Midwest Operating Engineers Retirement Enhancement | $ | $ | $ |
| 5P | Local 150, I.U.O.E. Vacation Savings Plan | $ | $ | $ |
| 6P | Midwest Operating Engineers Welfare Fund | $ | $ | $ |
| 18 | Department of Treasury | $ | $ | $ |
| 19P | Central Laborers' Pension | $ | $ | $ |
| 19P-2 | Central Laborers' Pension | $ | $ | $ |
| 21U | Illinois Department of Revenue | $ | $ | $ |
| 21P | Illinois Department of Revenue | $ | $ | $ |
| 13P | Haltz Construction | $ | $ | $ |

Total to be paid to priority creditors             $_____

Remaining Balance                                  $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Operating Engineers Local 150 Apprenticeship Fund | $ | $ | $ |
| 3U | Midwest Operating Engineers Pension Trust Fund | $ | $ | $ |
| 4U | Midwest Operating Engineers Retirement Enhancement | $ | $ | $ |
| 5U | Local 150, I.U.O.E. Vacation Savings Plan | $ | $ | $ |
| 6U | Midwest Operating Engineers Welfare Fund | $ | $ | $ |
| 7 | Paychex, Inc | $ | $ | $ |
| 10 | Ozinga Ready Mix Concrete Inc | $ | $ | $ |
| 11 | Double M. Trucking | $ | $ | $ |
| 12 | International Union of | $ | $ | $ |
| 14 | Yaroch Paving & Asphalt | $ | $ | $ |
| 15 | Cobra Concrete Cutting | $ | $ | $ |
| 16 | William Construction Inc. | $ | $ | $ |
| 17 | Builders Sand and Cement Co. | $ | $ | $ |
| 19U | Central Laborers' Pension | $ | $ | $ |
| 19U-2 | Central Laborers' Pension | $ | $ | $ |
| 20 | H J Mohr & Sons | $ | $ | $ |
| 13U | Haltz Construction | $ | $ | $ |

Total to be paid to timely general unsecured creditors                        $_____

    Remaining Balance                                                                      $_____

      Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*