# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| LLC, BORRACCI CONCRETE | § § § | Case No. 10-18104 |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IL/EASTERN DIVISION
219 S. DEARBORN STREET
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 09/14/2012 in Courtroom ,

Will County Court Annex
57 N. Ottawa
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/21/2012_____          By: /s/ Bradley J. Waller_____
                                                                          Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LLC, BORRACCI CONCRETE | § | Case No. 10-18104 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,697.88 |
| and approved disbursements of | $ | 274.52 |
| leaving a balance on hand of[1] | $ | 10,423.36 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRADLEY J. WALLER | $ 1,819.79 | $ 0.00 | $ 1,819.79 |
| Trustee Expenses: BRADLEY J. WALLER | $ 131.50 | $ 0.00 | $ 131.50 |
| Accountant for Trustee Fees: LEE G. SCHWENDNER, CPA | $ 963.75 | $ 0.00 | $ 963.75 |
| Charges: US Bankruptcy Clerk | $ 260.00 | $ 0.00 | $ 260.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,175.04 |
| Remaining Balance | $ 7,248.32 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 56,991.63  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Operating Engineers Local 150 Apprenticeship Fund | $ 392.15 | $ 0.00 | $ 208.22 |
| 2 | Construction Industry Research & Service Fund | $ 95.48 | $ 0.00 | $ 50.70 |
| 3P | Midwest Operating Engineers Pension Trust Fund | $ 2,404.05 | $ 0.00 | $ 1,276.48 |
| 4P | Midwest Operating Engineers Retirement Enhancement | $ 341.00 | $ 0.00 | $ 181.06 |
| 5P | Local 150, I.U.O.E. Vacation Savings Plan | $ 647.90 | $ 0.00 | $ 344.02 |
| 6P | Midwest Operating Engineers Welfare Fund | $ 3,989.70 | $ 0.00 | $ 2,118.41 |
| 18 | Department of Treasury | $ 42,866.03 | $ 0.00 | $ 0.00 |
| 19P | Central Laborers' Pension | $ 0.00 | $ 0.00 | $ 0.00 |
| 19P-2 | Central Laborers' Pension | $ 5,780.81 | $ 0.00 | $ 3,069.43 |
| 21U | Illinois Department of Revenue | $ 84.96 | $ 0.00 | $ 0.00 |
| 21P | Illinois Department of Revenue | $ 474.51 | $ 0.00 | $ 0.00 |
| 13P | Haltz Construction | $ 21,500.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors          $          7,248.32

Remaining Balance                              $          0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 211,066.09  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Operating Engineers Local 150 Apprenticeship Fund | $ 39.22 | $ 0.00 | $ 0.00 |
| 3U | Midwest Operating Engineers Pension Trust Fund | $ 240.41 | $ 0.00 | $ 0.00 |
| 4U | Midwest Operating Engineers Retirement Enhancement | $ 34.10 | $ 0.00 | $ 0.00 |
| 5U | Local 150, I.U.O.E. Vacation Savings Plan | $ 64.79 | $ 0.00 | $ 0.00 |
| 6U | Midwest Operating Engineers Welfare Fund | $ 398.97 | $ 0.00 | $ 0.00 |
| 7 | Paychex, Inc | $ 232.50 | $ 0.00 | $ 0.00 |
| 10 | Ozinga Ready Mix Concrete Inc | $ 86,145.77 | $ 0.00 | $ 0.00 |
| 11 | Double M. Trucking | $ 270.00 | $ 0.00 | $ 0.00 |
| 12 | International Union of | $ 462.40 | $ 0.00 | $ 0.00 |
| 14 | Yaroch Paving & Asphalt | $ 10,692.50 | $ 0.00 | $ 0.00 |
| 15 | Cobra Concrete Cutting | $ 1,898.75 | $ 0.00 | $ 0.00 |
| 16 | William Construction Inc. | $ 2,587.50 | $ 0.00 | $ 0.00 |
| 17 | Builders Sand and Cement Co. | $ 25,743.95 | $ 0.00 | $ 0.00 |
| 19U | Central Laborers' Pension | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 19U-2 | Central Laborers' Pension | $ 37,090.01 | $ 0.00 | $ 0.00 |
| 20 | H J Mohr & Sons | $ 26,738.22 | $ 0.00 | $ 0.00 |
| 13U | Haltz Construction | $ 18,427.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $_____0.00

Remaining Balance          $_____0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:


NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE


Prepared By:  /s/ Bradley J. Waller _____

Trustee


*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: driddick          Page 1 of 3          Date Rcvd: Nov 01, 2010
Case: 10-18104               Form ID: ntcftfc7        Total Noticed: 108

The following entities were noticed by first class mail on Nov 03, 2010.
```
db         +Borracci Concrete LLC,    26300 W. Winding Oak Trail,    Channahon, IL 60410-3346
tr         +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
             Sycamore, IL 60178-3140
15461471   +ALCC Inc.,    800 W. Irving Park Road,    Schaumburg, IL 60193-9706
15461470   +Aero Concrete,    15646 90th Ave.,    Davenport, IA 52804-9011
15461472   +Alfred Gomez,    4101 12t hSt. #2C,    East Moline, IL 61244-3928
15461473   +Appalachian Underwriters, Inc.,    800 Oak Ridge Turnpike,    Suite A-1000,
             Oak Ridge, TN 37830-6949
15461476   +BEG Trucking,    6019 South Perry,    Chicago, IL 60621-3943
15461475   +Bank of Shorewood,    700 W. Jefferson,    Shorewood, IL 60404-8021
15461477   +Benito Melendez,    502 N. Lake St.,    Aurora, IL 60506-3105
15461478   +Benny A. Vega,    1520 W. Galena Blvd.,    Aurora, IL 60506-3408
15461479   +Bischer Ready Mix,    6121 Purdy Road,    Ruth, MI 48470-9720
15461480   +Builders Sand & Cement Co.,    3636 W. River DRive,    Davenport, IA 52802-3601
15461482   +Central Laborers Pension Welfare,    and Annuity Funds,    PO BOX 1267,
             Jacksonville, IL 62651-1267
15461484   +Christina D'Ambrosio,    5365 Kimball Pl.,    Oak Lawn, IL 60453-1293
15461486   +Cobra Concrete Cutting,    2416 E. Oakton,    Arlington Heights, IL 60005-4820
15461487   +Conley Steel,    PO BOX 909,    Montgomery, IL 60538-0909
15594435   +Construction Industry Research & Service Fund,    Baum Sigman Auerbach & Neuman, c/o Patri,
             200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
15461491   +DC Concrete,    PO BOX 87874,    Carl Stream, IL 60188-7874
15461488   +Daniel T. Seeman,    4834 S. Luna,    Chicago, IL 60638-1702
15461489   +David J. Fox,    4511 Ripley Street,    Davenport, IA 52806-4034
15461490   +David N. Furnish,    1857 1/2 4th Street,    Moline, IL 61265-3735
15461492   +Donald C. Stinespring and Associates,    5414 Hill Road,    PO BOX 382,    Richmond, IL 60071-0382
15461493   +Double M. Trucking,    PO BOX 158,    Peru, IL 61354-0158
15461494   +Douglas Smith,    18065 Criswell St.,    Bettendorf, IA 52722-6309
15461495   +EBCO Inc. Premium Audit,    Attention Timothy J. Meyers,    11 Pebble Court,
             Bolingbrook, IL 60440-1557
15461496   +Erica A. Austin,    1518 Hosmer,    Joliet, IL 60435-4046
15461497   +Francisco Morales,    1735 Park Ave.,    Hanover Park, IL 60133-3615
15461498   +Give Em a Brake Safety,    2610 Sanford Ave.,    Grandville, MI 49418-1069
15461502   +HJ Mohr & Sons,    915 Maple Avenue,    Oak Park, IL 60304-1893
15461499   +Haltz Construction,    415 Belden Ave., Unit A,    Addison, IL 60101-4933
15461500   +Hession & Stephenson, LLC,    Attorneys and Counselors,    415 North LaSalle Street, Suite 600,
             Chicago, IL 60654-2743
15461501    Hitachi,    21925 Network Place,    Chicago, IL 60673-1219
15461504   +Idea Shield,    2525 Clark St.,    Detroit, MI 48209-9703
15461506   +J & B Hauling, Inc.,    5110 South Road,    Gurnee, IL 60031-1851
15461507    James B. Marsall,    101 South 4th St.,    Keithsburg, IL 61442
15461508   +Jesus A. Guajardo,    211 Plum St.,    Aurora, IL 60506-3136
15461509   +John Busano,    1N357 Fanchon,    Carol Stream, IL 60188-3510
15461510    John Deere Credit U.S.A.,    6400 NW 86th Street,    P.O. Box 6600,    Johnston, Iowa 50131-6600
15461511   +Johnathan Upshaw,    2926 Telegraph,    Davenport, IA 52804-4541
15461512   +Jones and Sons,    612 N. Austin St.,    Paris, IL 61944-1010
15461513   +Juan G. Garcia,    1910 Hollywood Ave.,    Hanover Park, IL 60133-3337
15461514   +Juan Melendez,    502 N. Lake Street,    Aurora, IL 60506-3105
15461515   +Juan Rojas,    36 King Arthur St. #7,    Northlake, IL 60164-1353
15461516   +Kenneth Robinson,    7020 Rhodes St.,    Woodridge, IL 60517-2141
15461517   +Laborers' District Counsel,    999 McClintock Dr, Suite 300,    Burr Ridge, IL 60527-0824
15461518   +Lees Ready Mix,    PO BOX 496,    North Vernon, IN 47265-0496
15461519   +Line Design,    11638 S. Mayfield Ave.,    Alsip, IL 60803-6010
15594516   +Local 150, I.U.O.E. Vacation Savings Plan,    Baum Sigman Auerbach & Neuman, c/o Patri,
             200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
15461520   +Local 165,    4509 N. Catalia Dr.,    Peoria, IL 61615-3895
15461521   +Local 18 Cement Masons,    Northern IL and IA Laborers Fringe Fund,    2837-7th Avenue,
             Rock Island, IL 61201-1916
15461522   +Local 32,    4477 Linden Rd.- Ste. E,    Rockford, IL 61109-5600
15461523   +Local 502 Cement Masons,    739 South 25th Avenue,    Bellwood, IL 60104-1954
15461524   +Local 727,    768 Bloody Gulch Rd.,    Dixon, IL 61021-9616
15461525   +Local 751,    1390 Stanford Dr.,    Kankakee, IL 60901-9412
15461526   +Local 773,    28874 Rand Rd. Unit B,    Lakemoor, IL 60051-7204
15461527   +Local 803 Cement Masons,    Dept. 4034,    Carol Stream, IL 60122-0001
15461528   +Local Laborers Unions 4,96,118,    Attn: Dennis Ayala- Work Dues Director,    999 MicClintock Drive,
             Suite 300,    Burr Ridge, IL 60527-0824
15461530   +Maneti & Griffith, Ltd.,    4112 N. Cass Ave,    Westmont, IL 60559-1312
15461531   +Marten Trucking,    28430 90th Ave.,    Donahue, IA 52746-9700
15461532   +McGehee, Olson, Pepping, & Balk Ltd.,    105 7th Street,    Silvis, IL 61282-1140
15461533   +Midwest Operating Engineers,    Fringe Benefit Funds,    Attn: Delinquency,    6150 Joliet Road,
             Countryside, IL 60525-3956
15594445   +Midwest Operating Engineers Pension Trust Fund,    Baum Sigman Auerbach & Neuman, c/o Patri,
             200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
15594458   +Midwest Operating Engineers Retirement Enhancement,    Baum Sigman Auerbach & Neuman, c/o Patri,
             200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
15594601   +Midwest Operating Engineers Welfare Fund,    Baum Sigman Auerbach & Neuman, c/o Patri,
             200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
15461534   +Mike L. Verbeke,    PO BOX 155,    Reynolds, IL 61279-0155
15461535   +Neenah Foundry,    PO BOX 729,    Neenah, WI 54957-0729
15461536   +Onofrio Fricano,    1332 W. Amblia,    Addison, IL 60101-2021
15594380   +Operating Engineers Local 150 Apprenticeship Fund,    Baum Sigman Auerbach & Neuman, c/o Patri,
             200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
```

```
District/off: 0752-1          User: driddick          Page 2 of 3              Date Rcvd: Nov 01, 2010
Case: 10-18104               Form ID: ntcftfc7        Total Noticed: 108
```

```
15461537      Ozinga Ready Mix Concrete Inc,   c/o Raphael E Yalden II,   Yalden Olsen & Willette,
                1318 E State St,    Rockford IL 61104-2228
15461539      +Pension Welfare,   11465 Cermak Road,   Westchester, IL 60154-5768
15461540      +Peter F. LoMonaco, PC,   1580 S. Milwaukee Ave.,   Suite 220,   Libertyville, IL 60048-3772
15461541      +Princeton Ready Mix,   PO BOX 9,   Princeton, IL 61356-0009
15461542      +Rabine Paving America,   4552 W. Patterson Ave.,   Chicago, IL 60641-3607
15461543      +Raphael E. Yalden II,   Attorney at Law,   1318 East State Street,   Rockford, IL 61104-2228
15461544      +Remigion Soto,   6970 Church St.,   Hanover Park, IL 60133-3667
15461545      +Rental Max,   908 E. Roosevelt Road,   Wheaton, IL 60187-5651
15461546      +Reynaldo I. Quintero,   23 E. Briarwood Dr.,   Streamwood, IL 60107-1658
15461547      +Richard J. Wolf & Co., Inc.,   PO Box 591,   Palos Park, IL 60464-0591
15461548       Richard S. Ream,   9606 Turkey Hollow Road,   Taylor Ridge, IL 61284
15461549      +Robert M. Snedeker,   108 S. Walker,   Braidwood, IL 60408-1951
15461550      +Roger McCullough,   6116 W. Marshall Ave.,   Chicago Ridge, IL 60415-1608
15461551      +Rooney Contracting,   525 E. Soper Road,   Bad Axe, MI 48413-8381
15461552      +Rose Paving Company,   7300 W. 100th Place,   Bridgeview, Illinois 60455-2414
15461553      +Roys Paving,   4240 West 166th Street,   Oak Forest, IL 60452-4609
15461554       Rush Copley Medical Center,   PO Box 352,   Aurora, IL 60507-0352
15461555       Salens & Salens,   125 Heisterman St.,   Bad Axe, MI 48413
15461557      +Sergio Melendez,   502 N. Lake Street,   Aurora, IL 60506-3105
15461558      +Shipley Ready Mix,   PO BOX 1033,   Burlington, IA 52601-1033
15461559      +Stanley W. Grzyb,   3542 West 29t Street,   Davenport, IA 52804-1122
15461560       State of Illinois Department of Revenue,   Delinquency Unit,   PO BOX 19035,
                Springfield, IL 62794-9035
15461561      +SunBelt Rentals Inc.,   PO BOX 409211,   Atlanta, GA 30384-9211
15461562      +Sunbelt Rentals Inc.,   Attn: Shawna McCrimmon,   6260 Joliet Rd.,   Countryside, IL 60525-3988
15461563      +Trustees of the Cement Masons,   Pension Fund- Local 502 & 803,   c/o Arnold and Kadjan,
                19 West Jackson Boulevard,   Chicago, IL 60604-3926
15461564      +Viele Pasquale,   974 Debra Lane,   Elk Grove Village, IL 60007-3044
15461565      +Walsh Constrction,   929 W. Adams,   Chicago, IL 60607-3037
15461566      +Wigboldy,   13631 South Kostner Avenue,   Crestwood, IL 60445-1996
15461567      +William Construction Inc.,   1129 W. Third St.,   Davenport, IA 52802-3537
15461568      +Wunderlich,   12060 Tama Road,   Burlington, IA 52601-9355
15461569      +Yaroch Paving & Asphalt,   2920 Maxwell Rd.,   Owendale, MI 48754-9736
15461570      +Zimmerly Ready Mix,   1604 S. Marshall St.,   Paris, IL 61944-2904
```

```
The following entities were noticed by electronic transmission on Nov 02, 2010.
aty           +E-mail/Text: mark@schottlerlaw.com                          Mark R Schottler,
                Schottler & Associates,   10 S LaSalle St  Suite 1130,   Chicago, IL 60603-1087
15461474      +EDI: BANKAMER.COM Nov 01 2010 22:58:00   Bank of America,   PO Box 15019,
                Wilmington, DE 19886-5019
15461481      +EDI: CAPITALONE.COM Nov 01 2010 22:58:00   Capital One,   PO Box 30285,
                Salt Lake City, UT 84130-0285
15461483      +EDI: CHASE.COM Nov 01 2010 23:03:00   Chase,   800 Brooksedge Blvd,   Columbus, OH 43081-2822
15461485      +EDI: CITICORP.COM Nov 01 2010 22:58:00   Citicards,   PO BOX 688901,
                Des Moines, IA 50368-8901
15461505       EDI: IRS.COM Nov 01 2010 22:58:00   Internal Revenue Service,
                Celrtralized Insolvency Operations,   PO Box 21126,   Philadelphia, PA 19114
15461538      +E-mail/Text: dladwig@paychex.com                          Paychex,   1000 E. Warrenville Rd.,
                Suite 200,   Naperville, IL 60563-3574
15461556      +E-mail/Text: mark@schottlerlaw.com                          Schottler & Associates,
                10 S. LaSalle Street,   Suite 1130,   Chicago, IL 60603-1087
                                                                               TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
                Sycamore, IL 60178-3140
15461503      ###+Home Depot,   Customer Service,   PO Box 689100,   Des Moines, IA 50368-9100
15461529      ###+Luis Pozuelos,   1121 Birch Dr. Apt. 8,   Elgin, IL 60120-6870
                                                                               TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: driddick          Page 3 of 3          Date Rcvd: Nov 01, 2010
Case: 10-18104               Form ID: ntcftfc7        Total Noticed: 108

```
***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 03, 2010                    Signature:  _Joseph Speetjens_

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-18104-BWB
Borracci Concrete LLC                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: choward          Page 1 of 4          Date Rcvd: Aug 22, 2012
                             Form ID: pdf006         Total Noticed: 107

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2012.
```
db          +Borracci Concrete LLC,   26300 W. Winding Oak Trail,   Channahon, IL 60410-3346
15461471    +ALCC Inc.,   800 W. Irving Park Road,   Schaumburg, IL 60193-9706
15461472    +Alfred Gomez,   4101 12t hSt. #2C,   East Moline, IL 61244-3928
15461473    +Appalachian Underwriters, Inc.,   800 Oak Ridge Turnpike,   Suite A-1000,
              Oak Ridge, TN 37830-6949
15461476    +BEG Trucking,   6019 South Perry,   Chicago, IL 60621-3943
15461474    +Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019
15461475    +Bank of Shorewood,   700 W. Jefferson,   Shorewood, IL 60404-8021
15461477    +Benito Melendez,   502 N. Lake St.,   Aurora, IL 60506-3105
15461478    +Benny A. Vega,   1520 W. Galena Blvd.,   Aurora, IL 60506-3408
15461479    +Bischer Ready Mix,   6121 Purdy Road,   Ruth, MI 48470-9720
15461480    +Builders Sand & Cement Co.,   3636 W. River DRive,   Davenport, IA 52802-3601
15461481    +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
15461482    +Central Laborers Pension Welfare,   and Annuity Funds,   c/o Richard A Toth,
              20 S Clark St Ste. 400,   Chgo IL 60603-1835
15461483    +Chase,   800 Brooksedge Blvd,   Columbus, OH 43081-2822
15461484    #+Christina D'Ambrosio,   5365 Kimball Pl.,   Oak Lawn, IL 60453-1293
15461485    +Citicards,   PO BOX 688901,   Des Moines, IA 50368-8901
15461486    +Cobra Concrete Cutting,   2416 E. Oakton,   Arlington Heights, IL 60005-4820
15461487    +Conley Steel,   PO BOX 909,   Montgomery, IL 60538-0909
15594535    +Construction Industry Research & Service Fund,   Baum Sigman Auerbach & Neuman, c/o Patri,
              200 W. Adams Street, Suite 2200,   Chicago, IL 60606-5231
15461491    +DC Concrete,   PO BOX 87874,   Carl Stream, IL 60188-7874
15461488    +Daniel T. Seenan,   4834 S. Luna,   Chicago, IL 60638-1702
15461489    +David J. Fox,   4511 Ripley Street,   Davenport, IA 52806-4034
15461490    +David N. Furnish,   1857 1/2 4th Street,   Moline, IL 61265-3735
16405404    +Deere & Company,   PO Box 6600,   Johnston, IA 50131-6600
15461492    +Donald C. Stinespring and Associates,   5414 Hill Road,   PO BOX 382,   Richmond, IL 60071-0382
15461493    +Double M. Trucking,   PO BOX 158,   Peru, IL 61354-0158
15461494    +Douglas Smith,   18065 Criswell St.,   Bettendorf, IA 52722-6309
15461495    +EBCO Inc. Premium Audit,   Attention Timothy J. Meyers,   11 Pebble Court,
              Bolingbrook, IL 60440-1557
15461496    +Erica A. Austin,   1518 Hosmer,   Joliet, IL 60435-4046
15461497    +Francisco Morales,   1735 Park Ave.,   Hanover Park, IL 60133-3615
15461498    +Give Em a Brake Safety,   2610 Sanford Ave.,   Grandville, MI 49418-1069
16721395    +H J Mohr & Sons,   C/O Manetti & Griffith, Ltd.,   4112 N. Cass Avenue,   Westmont, IL 60559-1312
15461502    +HJ Mohr & Sons,   915 Maple Avenue,   Oak Park, IL 60304-1893
15461500    +Hession & Stephenson, LLC,   Attorneys and Counselors,   415 North LaSalle Street, Suite 600,
              Chicago, IL 60654-2743
15461501     Hitachi,   21925 Network Place,   Chicago, IL 60673-1219
15461504    +Idea Shield,   2525 Clark St.,   Detroit, MI 48209-9703
18565562    +Illinois Department of Revenue,   James D Newbold,   Asst. Atty General,   100 W. Randolph Street,
              Chicago, IL 60601-3271
16459456    +International Union of,   Operating Engineers, Local 150,   c/o Elizabeth A LaRose,
              6140 Joliet Rd,   Countryside IL 60525-3956
15461506    +J & B Hauling, Inc.,   5103 South Road,   Gurnee, IL 60031-1851
15461507    +James B. Marsall,   101 South 4th St.,   Keithsburg, IL 61442
15461509    +John Busano,   1N357 Fanchon,   Carol Stream, IL 60188-3510
15461510    +John Deere Credit U.S.A.,   6400 NW 86th Street,   P.O. Box 6600,   Johnston, Iowa 50131-6600
15461511    +Johnathan Upshaw,   2926 Telegraph,   Davenport, IA 52804-4541
15461512    +Jones and Sons,   915 Maple Ave.,   Paris, IL 61944-1010
15461513    +Juan G. Garcia,   1910 Hollywood Ave.,   Hanover Park, IL 60133-3337
15461514    +Juan Melendez,   502 N. Lake Street,   Aurora, IL 60506-3105
15461516    +Kenneth Robinson,   7020 Rhodes St.,   Woodridge, IL 60517-2141
15461518    +Lees Ready Mix,   PO BOX 496,   North Vernon, IN 47265-0496
15461519    +Line Design,   11638 S. Mayfield Ave.,   Alsip, IL 60803-6010
15594516    +Local 150, I.U.O.E. Vacation Savings Plan,   Baum Sigman Auerbach & Neuman, c/o Patri,
              200 W. Adams Street, Suite 2200,   Chicago, IL 60606-5231
15461520    +Local 165,   4509 N. Cadila Dr.,   Peoria, IL 61615-3895
15461521    +Local 18 Cement Masons,   Northern IL and IA Laborers Fringe Fund,   2837-7th Avenue,
              Rock Island, IL 61201-1916
15461522    +Local 32,   4477 Linden Rd.- Ste. E,   Rockford, IL 61109-5600
15461523    +Local 502 Cement Masons,   739 South 25th Avenue,   Bellwood, IL 60104-1954
15461524    +Local 727,   768 Bloody Gulch Rd.,   Dixon, IL 61021-9616
15461525    +Local 751,   1390 Stanford Dr.,   Kankakee, IL 60901-9412
15461526    +Local 773,   28874 Rand Rd. Unit B,   Lakemoor, IL 60051-7204
15461527    +Local 803 Cement Masons,   Dept. 4034,   Carol Stream, IL 60122-0001
15461528    +Local Laborers Unions 4,96,118,   Attn: Dennis Ayala- Work Dues Director,   999 MicClintock Drive,
              Suite 300,   Burr Ridge, IL 60527-0824
15461530    #+Maneti & Griffith, Ltd.,   4112 N. Cass Ave,   Westmont, IL 60559-1312
15461531    +Marten Trucking,   28430 90th Ave.,   Donahue, IA 52746-9700
15461532    +McGehee, Olson, Pepping,   & Balk Ltd.,   105 7th Street,   Silvis, IL 61282-1140
15461533    +Midwest Operating Engineers,   Fringe Benefit Funds,   Attn: Delinquency,   6150 Joliet Road,
              Countryside, IL 60525-3956
```

```
15594445   +Midwest Operating Engineers Pension Trust Fund,   Baum Sigman Auerbach & Neuman, c/o Patri,
             200 W. Adams Street, Suite 2200,   Chicago, IL 60606-5231
15594458   +Midwest Operating Engineers Retirement Enhancement,   Baum Sigman Auerbach & Neuman, c/o Patri,
             200 W. Adams Street, Suite 2200,   Chicago, IL 60606-5231
15594601   +Midwest Operating Engineers Welfare Fund,   Baum Sigman Auerbach & Neuman, c/o Patri,
             200 W. Adams Street, Suite 2200,   Chicago, IL 60606-5231
15461535   +Neenah Foundry,   PO BOX 729,   Neenah, WI 54957-0729
15461536   +Onofrio Fricano,   1332 W. Amblia,   Addison, IL 60101-2021
15594380   +Operating Engineers Local 150 Apprenticeship Fund,   Baum Sigman Auerbach & Neuman, c/o Patri,
             200 W. Adams Street, Suite 2200,   Chicago, IL 60606-5231
15461537    Ozinga Ready Mix Concrete Inc.,   c/o Raphael E Yalden II,   Yalden Olsen & Willette,
             1318 E State St,   Rockford IL 61104-2228
15461539   +Pension Welfare,   11465 Cermak Road,   Westchester, IL 60154-5768
15461540   +Peter F. LoMonaco, PC,   1580 S. Milwaukee Ave.,   Suite 220,   Libertyville, IL 60048-3772
15461541   +Princeton Ready Mix,   PO BOX 9,   Princeton, IL 61356-0009
15461542   +Rabine Paving America,   4552 W. Patterson Ave.,   Chicago, IL 60641-3607
15461543   +Raphael E. Yalden II,   Attorney at Law,   1318 East State Street,   Rockford, IL 61104-2228
15461544   +Remigion Soto,   6970 Church St.,   Hanover Park, IL 60133-3667
15461545   +Rental Max,   908 E. Roosevelt Road,   Wheaton, IL 60187-5651
15461546   +Reynaldo I. Quintero,   23 E. Briarwood Dr.,   Streamwood, IL 60107-1658
15461547   +Richard J. Wolf & Co., Inc.,   PO Box 591,   Palos Park, IL 60464-0591
15461548    Richard S. Ream,   9606 Turkey Hollow Road,   Taylor Ridge, IL 61284
15461549   +Robert M. Snedeker,   108 S. Walker,   Braidwood, IL 60408-1951
15461550   +Roger McCullough,   6116 W. Marshall Ave.,   Chicago Ridge, IL 60415-1608
15461551   +Rooney Contracting,   525 E. Soper Road,   Bad Axe, MI 48413-8381
15461552   +Rose Paving Company,   7300 W. 100th Place,   Bridgeview, Illinois 60455-2414
15461553   +Roys Paving,   4240 West 166th Street,   Oak Forest, IL 60452-4609
15461554    Rush Copley Medical Center,   PO Box 352,   Aurora, IL 60507-0352
15461555    Salens & Salens,   125 Heisterman St.,   Bad Axe, MI 48413
15461557   +Sergio Melendez,   502 N. Lake Street,   Aurora, IL 60506-3105
15461558   +Shipley Ready Mix,   PO BOX 1033,   Burlington, IA 52601-1033
15461559   +Stanley W. Grzyb,   3542 West 29t Street,   Davenport, IA 52804-1122
15461560    State of Illinois Department of Revenue,   Delinquency Unit,   PO BOX 19035,
             Springfield, IL 62794-9035
15461561   +SunBelt Rentals Inc.,   PO BOX 409211,   Atlanta, GA 30384-9211
15461562   +Sunbelt Rentals Inc.,   Attn: Shawna McCrimmon,   6260 Joliet Rd.,   Countryside, IL 60525-3988
15461563   +Trustees of the Cement Masons,   Pension Fund- Local 502 & 803,   c/o Arnold and Kadjan,
             19 West Jackson Boulevard,   Chicago, IL 60604-3926
15461564   +Viele Pasquale,   974 Debra Lane,   Elk Grove Village, IL 60007-3044
15461565   +Walsh Constrction,   929 W. Adams,   Chicago, IL 60607-3037
15461566   +Wigboldy,   13631 South Kostner Avenue,   Crestwood, IL 60445-1996
15461567   +William Construction Inc.,   Willmar Construction Inc,   1129 W. Third St.,
             Davenport, IA 52802-3537
15461568   +Wunderlich,   12060 Tama Road,   Burlington, IA 52601-9355
15461569   +Yaroch Paving & Asphalt,   2920 Maxwell Rd.,   Owendale, MI 48754-9736
15461570   +Zimmerly Ready Mix,   1604 S. Marshall St.,   Paris, IL 61944-2904
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16642595    E-mail/Text: cio.bncmail@irs.gov Aug 23 2012 01:44:55     Department of Treasury,
             Internal Revenue Service,   P O Box 7346,   Philadelphia PA 19101-7346
15461505    E-mail/Text: cio.bncmail@irs.gov Aug 23 2012 01:44:55     Internal Revenue Service,
             Certralized Insolvency Operations,   PO Box 21126,   Philadelphia, PA 19114
15461517   +E-mail/Text: akrestel@cvldc.org Aug 23 2012 03:58:17     Laborers' District Counsel,
             999 McClintock Dr, Suite 300,   Burr Ridge, IL 60527-0824
15461538   +E-mail/Text: jvolpe@paychex.com Aug 23 2012 03:10:53     Paychex,   1000 E. Warrenville Rd.,
             Suite 200,   Naperville, IL 60563-3574
16398794   +E-mail/Text: jvolpe@paychex.com Aug 23 2012 03:10:54     Paychex, Inc,   1175 John St,
             West Henrietta NY 14586-9199
15461556   +E-mail/Text: schottlerassociates@gmail.com Aug 23 2012 03:12:53     Schottler & Associates,
             10 S. LaSalle Street,   Suite 1130,   Chicago, IL 60603-1087
                                                                                 TOTAL: 6
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16728722    Central Laborers' Annuity Fund
16655841    Central Laborers' Pension Fund, Central Laborers',   Illinois Laborers and Contractors Joint
16728721    Central Laborers' Welfare Fund
16580057*  +Builders Sand and Cement Co.,   3636 W. River Drive,   Davenport, IA 52802-3601
16728720*  +Central Laborers' Pension,   Welfare and Annuity Funds,   c/o Richard A Toth,
             20 S Clark St Ste 400,   Chgo IL 60603-1835
16413753*  +Ozinga Ready Mix Concrete, Inc.,   c/o Raphael E. Yalden II,   Yalden Olsen & Willette,
             1318 E. State Street,   Rockford IL 61104-2228
15461470   ##+Aero Concrete,   15646 90th Ave.,   Davenport, IA 52804-9011
15461499   ##+Haltz Construction,   415 Belden Ave., Unit A,   Addison, IL 60101-4933
15461503   ##+Home Depot,   Customer Service,   PO Box 689100,   Des Moines, IA 50368
15461508   ##+Jesus A. Guajardo,   211 Plum St.,   Aurora, IL 60506-3136
15461515   ##+Juan Rojas,   36 King Arthur St. #7,   Northlake, IL 60164-1353
15461529   ##+Luis Pozuelos,   1121 Birch Dr. Apt. 8,   Elgin, IL 60120-6870
15461534   ##+Mike L. Verbeke,   PO BOX 155,   Reynolds, IL 61279-0155
                                                                        TOTALS: 3, * 3, ## 7
```

```
District/off: 0752-1          User: choward          Page 3 of 4          Date Rcvd: Aug 22, 2012
                             Form ID: pdf006         Total Noticed: 107
```

               ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 24, 2012**                    **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1          User: choward              Page 4 of 4            Date Rcvd: Aug 22, 2012
                             Form ID: pdf006             Total Noticed: 107
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2012 at the address(es) listed below:
          Bradley J Waller     bjwtrustee@ksbwl.com,  bwaller@ecf.epiqsystems.com
          Mark R Schottler     on behalf of Debtor  Borracci Concrete LLC mark@schottlerlaw.com,
           schottlerassociates@gmail.com
          Michael G Schultz    on behalf of Creditor  John Deere Credit mgs@renozahm.com
          Patrick S Layng      USTPRegion11.ES.ECF@usdoj.gov
          Raphael E Yalden     on behalf of Creditor  Ozinga Ready Mix Concrete, Inc. raphaeleyaldenii@msn.com
                                                                                        TOTAL: 5