# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:  §
§
LLC, BORRACCI CONCRETE  §  Case No. 10-18104
§
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/BRADLEY J. WALLER_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | DEERE & COMPANY |  |  |  |  |  |
| 9 | DEERE & COMPANY |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WALLER, BRADLEY J. | | | | | |
| BRADLEY J. WALLER | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| US BANKRUPTCY CLERK | | | | | |
| Illinois Department of Revenue | | | | | |
| LEE G. SCHWENDNER, CPA | | | | | |
| LEE G. SCHWENDNER, CPA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13P | CONSTRUCTION, HALTZ | | | | | |
| 19P | CENTRAL LABORERS' PENSION | | | | | |
| 19P-2 | CENTRAL LABORERS' PENSION | | | | | |
| 2 | CONSTRUCTION INDUSTRY RESEARCH & SE | | | | | |
| 5P | LOCAL 150, I.U.O.E. VACATION SAVING | | | | | |
| 3P | MIDWEST OPERATING ENGINEERS PENSION | | | | | |
| 4P | MIDWEST OPERATING ENGINEERS RETIREM | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P | MIDWEST OPERATING ENGINEERS WELFARE | | | | | |
| 1P | OPERATING ENGINEERS LOCAL 150 APPRE | | | | | |
| 18 | DEPARTMENT OF TREASURY | | | | | |
| 21U | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 21P | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | BUILDERS SAND AND CEMENT CO. | | | | | |
| 19U | CENTRAL LABORERS' PENSION | | | | | |
| 19U-2 | CENTRAL LABORERS' PENSION | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | COBRA CONCRETE CUTTING | | | | | |
| 13U | CONSTRUCTION, HALTZ | | | | | |
| 11 | DOUBLE M. TRUCKING | | | | | |
| 20 | H J MOHR & SONS | | | | | |
| 12 | INTERNATIONAL UNION OF | | | | | |
| 5U | LOCAL 150, I.U.O.E. VACATION SAVING | | | | | |
| 3U | MIDWEST OPERATING ENGINEERS PENSION | | | | | |
| 4U | MIDWEST OPERATING ENGINEERS RETIREM | | | | | |
| 6U | MIDWEST OPERATING ENGINEERS WELFARE | | | | | |
| 1U | OPERATING ENGINEERS LOCAL 150 APPRE | | | | | |
| 10 | OZINGA READY MIX CONCRETE INC | | | | | |
| 7 | PAYCHEX, INC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | WILLIAM CONSTRUCTION INC. | | | | | |
| 14 | YAROCH PAVING & ASPHALT | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-18104 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | LLC, BORRACCI CONCRETE | | | Date Filed (f) or Converted (c): | 04/23/10 (f) |
| | | | | 341(a) Meeting Date: | 06/14/10 |
| For Period Ending: 10/17/12 | | | | Claims Bar Date: | 01/31/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank of Shorewood Checking<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 126.00 | 0.00 | | 0.00 | FA |
| 2. Walsh Construction- apx. value, subcontractors m<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 10,000.00 | 0.00 | | 0.00 | FA |
| 3. FH Paschen- apx. value, subcontractors may have<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 4,800.00 | 0.00 | | 0.00 | FA |
| 4. 1993 Ford 250 (fire damaged)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 5. 1999 GMC C6500 Truck<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 6,000.00 | 0.00 | | 0.00 | FA |
| 6. 1990 Isuzu NPR (does not run)<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 7. 2007 Tilt Tandem trailer<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 8. Desk, chair, bookcase and misc. furniture.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 9. Dell Laptop<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 10-18104 BB Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | LLC, BORRACCI CONCRETE | Date Filed (f) or Converted (c): | 04/23/10 (f) |
| | | 341(a) Meeting Date: | 06/14/10 |
| | | Claims Bar Date: | 01/31/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. 1986 Ford LTS 8000 Dump Truck<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 11. 1999 Ford F250 Superduty<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA |
| 12. Misc. Tools<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 13. John Deere 325 Skid Steer Loader and Maclander 1<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 10,000.00 | 0.00 | | 0.00 | FA |
| 14. John Deere 325 Compact Track Loader and Intersta<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 12,000.00 | 0.00 | | 0.00 | FA |
| 15. Kent Hydraulic Breaker KF4SP<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 16. Accounts Receivable (u) | 0.00 | 10,697.00 | | 10,697.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.88 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $48,526.00    $10,697.00    $10,697.88    $0.00

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-18104    BB    Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | LLC, BORRACCI CONCRETE | Date Filed (f) or Converted (c): | 04/23/10 (f) |
| | | 341(a) Meeting Date: | 06/14/10 |
| | | Claims Bar Date: | 01/31/11 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11        Current Projected Date of Final Report (TFR): 06/30/12

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 17.00b

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-18104 -BB |
| Case Name: | LLC, BORRACCI CONCRETE |
| Taxpayer ID No: | *******8480 |
| For Period Ending: | 10/17/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******5365 Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/14/10 | 16 | Near North Ntional Title LLC<br>222 N. LaSalle Street<br>Chicago, IL 60601 | Accounts Receivable<br>DEPOSIT CHECK #252337 | 1221-000 | 10,697.00 | | 10,697.00 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 10,697.04 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,697.12 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,697.21 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,697.30 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,697.38 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,697.47 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,697.55 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,697.64 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,697.72 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,697.81 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 20.52 | 10,677.29 |
| 08/24/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.07 | | 10,677.36 |
| 08/24/11 | | To Acct #*******5366 | | 9999-000 | | 10,677.36 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 10,697.88 | 10,697.88 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 10,677.36 | |
| Subtotal | 10,697.88 | 20.52 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,697.88 | 20.52 | |

| | | |
|---|---|---|
| Page Subtotals | 10,697.88 | 10,697.88 |

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 10-18104 -BB | | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | LLC, BORRACCI CONCRETE | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******5366  Checking Account |
| Taxpayer ID No: | *******8480 | | | |
| For Period Ending: | 10/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/24/11 | | From Acct #*******5365 | | 9999-000 | 10,677.36 | | 10,677.36 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,652.36 |
| 09/14/11 | 000101 | Illinois Department of Revenue | 2010 Taxes | 2810-000 | | 129.00 | 10,523.36 |
| | | P.O. Box 19032 | | | | | |
| | | Springfield, IL  62794-9032 | | | | | |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,498.36 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,473.36 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,448.36 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,423.36 |
| 01/26/12 | | Transfer to Acct #*******3150 | Bank Funds Transfer | 9999-000 | | 10,423.36 | 0.00 |
| | | | COLUMN TOTALS | | 10,677.36 | 10,677.36 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 10,677.36 | 10,423.36 | |
| | | | Subtotal | | 0.00 | 254.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 254.00 | |

Page Subtotals          10,677.36        10,677.36

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-18104 -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | LLC, BORRACCI CONCRETE | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******3150 Checking Account |
| Taxpayer ID No: | *******8480 | | | |
| For Period Ending: | 10/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******5366 | Bank Funds Transfer | 9999-000 | 10,423.36 | | 10,423.36 |
| 09/14/12 | 001001 | BRADLEY J. WALLER KLEIN STODDARD BUCK WALLER & LEWIS 2045 ABERDEEN COURT SYCAMORE, IL 60178 | Trustee Compensation | 2100-000 | | 1,819.79 | 8,603.57 |
| 09/14/12 | 001002 | US Bankruptcy Clerk 219 S. Dearborn Chicago, IL 60604 | Clerk of the Court Costs (includes | 2700-000 | | 260.00 | 8,343.57 |
| 09/14/12 | 001003 | BRADLEY J. WALLER 2045 ABERDEEN COURT SYCAMORE, IL 60178 | Trustee Expenses | 2200-000 | | 131.50 | 8,212.07 |
| 09/14/12 | 001004 | LEE G. SCHWENDNER, CPA DiGiovine, Hnilo, Jordan & Joh 2570 Foxfield Road, Suite 301 St. Charles, IL 60174 | Accountant for Trustee Fees (Other | 3410-000 | | 963.75 | 7,248.32 |
| 09/14/12 | 001005 | Operating Engineers Local 150 Apprenticeship Fund Baum Sigman Auerbach & Neuman, c/o Patri 200 W. Adams Street, Suite 2200 Chicago, IL 60606 | Claim 1P, Payment 53.09703% | 5400-000 | | 208.22 | 7,040.10 |
| 09/14/12 | 001006 | Construction Industry Research & Service Fund Baum Sigman Auerbach & Neuman, c/o Patri 200 W. Adams Street, Suite 2200 Chicago, IL 60606 | Claim 2, Payment 53.10013% | 5400-000 | | 50.70 | 6,989.40 |
| 09/14/12 | 001007 | Midwest Operating Engineers Pension Trust Fund Baum Sigman Auerbach & Neuman, c/o Patri 200 W. Adams Street, Suite 2200 Chicago, IL 60606 | Claim 3P, Payment 53.09707% | 5400-000 | | 1,276.48 | 5,712.92 |
| 09/14/12 | 001008 | Midwest Operating Engineers Retirement Enhancement | Claim 4P, Payment 53.09677% | 5400-000 | | 181.06 | 5,531.86 |
| | | | Page Subtotals | | 10,423.36 | 4,891.50 | |

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-18104 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | LLC, BORRACCI CONCRETE | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3150  Checking Account |
| Taxpayer ID No: | *******8480 | | |
| For Period Ending: | 10/17/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/14/12 | 001009 | Baum Sigman Auerbach & Neuman, c/o Patri<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606<br>Local 150, I.U.O.E. Vacation Savings Plan | Claim 5P, Payment 53.09770% | 5400-000 | | 344.02 | 5,187.84 |
| 09/14/12 | 001010 | Baum Sigman Auerbach & Neuman, c/o Patri<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606<br>Midwest Operating Engineers Welfare Fund | Claim 6P, Payment 53.09697% | 5400-000 | | 2,118.41 | 3,069.43 |
| 09/14/12 | 001011 | Baum Sigman Auerbach & Neuman, c/o Patri<br>200 W. Adams Street, Suite 2200<br>Chicago, IL  60606<br>Central Laborers' Pension<br>Welfare and Annuity Funds<br>c/o Richard A Toth,20 S Clark St Ste 400 | Claim 19P-2, Payment 53.09688% | 5400-000 | | 3,069.43 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,423.36 | 10,423.36 | 0.00 |
| Less:  Bank Transfers/CD's | 10,423.36 | 0.00 | |
| Subtotal | 0.00 | 10,423.36 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 10,423.36 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********5365 | 10,697.88 | 20.52 | 0.00 |
| Checking Account - ********5366 | 0.00 | 254.00 | 0.00 |
| Checking Account - ********3150 | 0.00 | 10,423.36 | 0.00 |
| | 10,697.88 | 10,697.88 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    5,531.86

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-18104 -BB |
| Case Name: | LLC, BORRACCI CONCRETE |
| Taxpayer ID No: | *******8480 |
| For Period Ending: | 10/17/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3150  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account - ********5365 | | | | |
| | | | Checking Account - ********5366 | | | | |
| | | | Checking Account - ********3150 | | | | |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 0.00 |

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*